1  SARAH E. TIGERMAN, SBN 184033
   Attorney at Law
2  1523 Arguello Street
   Redwood City, CA 94063
3  Telephone/Facsimile: (650) 839-1533
4
   Attorney for Plaintiff
5  GLADYS R. STANSHAW
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10                         SACRAMENTO DIVISION

11  GLADYS R. STANSHAW,                Case Number: 2:05-CV-02049-PAN (JFM)
     (0419D)
12              Plaintiff,
                                        **REQUEST AND STIPULATION TO
13         v.                           EXTEND TIME TO FILE MOTION FOR
                                        SUMMARY JUDGMENT**
14  JO ANNE BARNHART,
    COMMISSIONER OF SOCIAL
15  SECURITY,
16
                Defendant.
17
18
19      Plaintiff requests an order extending time to file a motion for summary judgment. Plaintiff
20  has not sought or obtained any previous extensions of time in this matter. This extension request is
21  timely and is necessary to allow additional time to prepare such pleading due to counsel's press of
22  business and Plaintiff's legal blindness and extremely remote location, which makes adequate
23  communication difficult and time consuming. Plaintiff has requested and Defendant has agreed to
24  stipulate to the extension of time.
25      Plaintiff respectfully requests that the Court grant an additional 90 days by which to file
26  such pleading.
27      __3/30/06_____                    __/s/ Sarah E. Tigerman_____
        Date                               Sarah E. Tigerman
28                                         Attorney for Plaintiff

Request & Stipulation re Extension            1                      Stanshaw v. Barnhart

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that plaintiff be granted a 90 day extension of time to file a motion for summary judgment.

   3/31/2006                                  /s/ Bobbie J. Montoya
Date                                            Bobbie J. Montoya, Assistant U.S. Attorney
                                                    Attorneys for Defendant


   3/30/06                                      /s/ Sarah E. Tigerman
Date                                            Sarah E. Tigerman
                                                    Attorney for Plaintiff

## ORDER

For good cause shown, IT IS SO ORDERED.

Dated: April 7, 2006.

                                                    /s/ John F. Moulds
                                                    United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com