1  SARAH E. TIGERMAN, SBN 184033
   Attorney at Law
2  1523 Arguello Street
   Redwood City, CA 94063-1533
3  Telephone/Facsimile: (650) 839-1533

4  Attorney for Plaintiff
   GLADYS R. STANSHAW

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLADYS R. STANSHAW, (0419D)<br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case Number: 2:05-CV-02049-PAN (JFM)<br><br>**REQUEST AND STIPULATION FOR ADDITIONAL EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER** |

    Plaintiff requests an order further extending time to file a motion for summary judgment. Plaintiff sought and obtained one previous 90 day extension of time in this matter. This additional extension request is timely and is necessary to allow sufficient time for the parties to consider a resolution of the matter without further court action, and for plaintiff's counsel to re-establish contact with the main contact and resource in this case, plaintiff's granddaughter and representative, who recently moved to South Africa.

    Plaintiff has requested and Defendant has stipulated to this additional extension of time.

Request & Stip re Additional Extension      1      Stanshaw v. Barnhart

Plaintiff respectfully requests that the Court grant an additional 60 days by which to file a motion for summary judgment.

| | |
|---|---|
| 6/23/06 | /s/ Sarah E. Tigerman |
| Date | Sarah E. Tigerman |
| | Attorney for Plaintiff |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that plaintiff be granted an additional 60 day extension of time to file a motion for summary judgment.

| | |
|---|---|
| 6/24/06 | /s/ Bobbie J. Montoya |
| Date | Bobbie J. Montoya, Assistant U.S. Attorney |
| | Attorneys for Defendant |

| | |
|---|---|
| 6/23/06 | /s/ Sarah E. Tigerman |
| Date | Sarah E. Tigerman |
| | Attorney for Plaintiff |

## ORDER

For good cause shown, IT IS SO ORDERED,

Dated: July 20, 2006.

UNITED STATES MAGISTRATE JUDGE

/stanshaw.eot2.ss