SARAH E. TIGERMAN, SBN 184033
Attorney at Law
1523 Arguello Street
Redwood City, CA  94063
Telephone/Facsimile: (650) 839-1533

Attorney for Plaintiff
GLADYS R. STANSHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS R. STANSHAW, (0419D)<br><br>           Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>           Defendant. | CASE NO. 2:05-CV-02049-PAN (JFM)<br><br>REQUEST AND STIPULATION FOR ADDITIONAL EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT; ORDER |

   Plaintiff requests an order further extending her time to file a motion for summary judgment.  Plaintiff sought and obtained two previous extensions of time in this matter – a 90 day extension granted on April 11, 2006, and a 60 day extension granted on July 20, 2006.  This additional extension request is timely and is necessary to allow sufficient time for preparation of moving papers, as Plaintiff has just been advised that Defendant declines to voluntarily remand this matter and we must now move forward to summary judgment.  This extension of time is also

Stip.& Order Ext. Pl.'s Time
2:05-cv-02049-PAN (JFM)                              **1**

requested due to the uncertain and delayed nature of communications with Plaintiff's granddaughter and representative, who is now living in South Africa.

Plaintiff has requested and Defendant has stipulated to this additional extension of time.

Plaintiff respectfully requests that the Court grant an additional 60 days by which to file a motion for summary judgment.

DATED: September 7, 2006  /s/Sarah E. Tigerman
SARAH E. TIGERMAN
Attorney for Plaintiff

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that Plaintiff be granted an additional 60 day extension of time to file a motion for summary judgment.

DATED: September 7, 2006  /s/ Bobbie J. Montoya for
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorney for Defendant

DATED: September 7, 2006  /s/Sarah E. Tigerman
SARAH E. TIGERMAN
Attorney for Plaintiff

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/stanshaw.eot3.ss