```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
MARY P. PARNOW
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLADYS R. STANSHAW, | ) Case No. 2:05-CV-02049-PAN (JFM) |
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER |
| vs. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, for the purpose of conducting a further review of this matter. The current due date is January 11, 2007. The new due date will be February 13, 2007.

///

///

Stip & Proposed Order Re Ext of D's Time                                    Page 1

1    The parties further stipulate that the Court's Scheduling
2 Order shall be modified accordingly.

3    /s/ Sarah E. Tigerman
        *(As authorized on* January 9, 2007)
4    SARAH E. TIGERMAN
     Attorney at Law
5
     Attorney for Plaintiff
6

7

     McGREGOR W. SCOTT
8    United States Attorney
     BOBBIE J. MONTOYA
9    Assistant U.S. Attorney

10
By:  /s/ Mary P. Parnow
11        (*As signed on* January 9, 2007)
     MARY P. PARNOW
12   Special Assistant U.S. Attorney

13   Attorneys for Defendant

14
OF COUNSEL:
15 LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
16 UNITED STATES SOCIAL SECURITY ADMINISTRATION

17
                         ORDER
18

19    APPROVED AND SO ORDERED.

20
DATED: January 16, 2007.
21

22

23                            _____
                              UNITED STATES MAGISTRATE JUDGE
24

25 /001;stanshaw.eot

26

27

28

Stip & Proposed Order Re Ext of D's Time                Page 2