SARAH E. TIGERMAN, SBN 184033
Attorney at Law
1523 Arguello Street
Redwood City, CA 94063
Telephone/Facsimile:  (650) 839-1533

Attorney for Plaintiff
GLADYS R. STANSHAW

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLADYS R. STANSHAW,<br>(0419D)<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No: 2:05-CV-02049-WBS-KJM (SS)<br><br>**REQUEST AND STIPULATION TO EXTEND TIME TO  FILE OBJECTIONS; ORDER** |

Plaintiff requests an order extending time to file Objections to the Magistrate's Findings and Recommendations.  This extension request is timely and is necessary to allow time to prepare such pleading due to the short original filing time and counsel's press of business.  Plaintiff has requested and Defendant has stipulated to the extension of time.

Plaintiff respectfully requests that the Court grant an additional 15 days by which to file such pleading.  The new filing date will be March 23, 2007.

\_\_3/2/07\_\_\_\_                           \_\_\_\_/s/ Sarah E. Tigerman_____
Date                                                    Sarah E. Tigerman
                                                        Attorney for Plaintiff

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that plaintiff be granted a 15 day extension of time to file Objections to the Magistrate's Findings and Recommendations.

　/s/ Mary P. Parnow　　　　　　(as authorized on March 2, 2007)
Mary P. Parnow
Special Assistant U.S. Attorney
Attorneys for Defendant

　/s/ Sarah E. Tigerman　　　　　(as signed on March 2, 2007)
Sarah E. Tigerman
Attorney for Plaintiff

## ORDER

APPROVED AND SO ORDERED.

DATED: March 7, 2007.

_____
U.S. MAGISTRATE JUDGE